**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 17-3262-JFW(AFMx)** | Date: October 11, 2023 |
| Title: | Herbert E. Gleicke Trust, by and through its trustee Loren Miles, et al. -v- Altawood, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR IDEAL METAL & SALVAGE CO.'S FAILURE TO COMPLY WITH THE COURT'S CIVIL TRIAL ORDER**

Pursuant to the Court's Civil Trial Order filed on September 8, 2023 (Docket No. 427), Ideal Metal & Salvage Co. ("Ideal") was required to file and serve its initial proposed findings of fact and conclusions of law (and e-mail a copy of its proposed findings of fact and conclusions of law to the Chambers' e-mail address) on or before **October 10, 2023**. Ideal failed to file, serve, and email its proposed findings of fact and conclusions of law by the Court-ordered deadline.

Accordingly, Ideal is ordered to show cause, in writing, by **October 11, 2023**, why the Court should not impose sanctions in the amount of $1,500.00 against Ideal's lead counsel for violating the Court's Civil Trial Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.